PEETSCH v. QUINN. (No. 2.)

(City Court of New York, General Term. November 27, 1893.)

Appeal from special term.

Action by Henry C. L. Peetsch against William H. Quinn. From an order entered at special term, plaintiff appeals. Affirmed.

Argued before VAN WYCK and McCARTHY, JJ.

Johnson & Johnson, for appellant.
Michael H. Curran, for respondent.

McCARTHY, J. This is an appeal from an order granting leave to the defendant's attorney to issue execution on the judgment entered on March 20, 1891, and the judgment entered the 22d day of June, 1893. The question raised on this appeal having been presented and considered in actions Nos. 1 and 3, the order is affirmed on the opinion of action No. 3, with costs.